William Kinjo **SMITH,** Petitioner–
Appellant,

v.

Stephanie **HOLLENBACK,** Warden,
Respondent–Appellee.

No. 15–6143.

United States Court of Appeals,
Fourth Circuit.

Submitted: July 29, 2015.

Decided: Aug. 3, 2015.

William Kinjo Smith, Appellant Pro Se.

Before WILKINSON, AGEE, and HARRIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Kinjo Smith, a federal prisoner, appeals the district court's order dismissing without prejudice his 28 U.S.C. § 2241 (2012) petition. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. *Smith v. Hollenback,* No. 5:14–hc–02117–FL (E.D.N.C. Jan. 22, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*